**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Myesheia SIMPSON, Defendant–Appellant.**

No. 00–10066.

D.C. No. CR–99–00148–03–SOM.

United States Court of Appeals, Ninth Circuit.

Submitted March 13, 2001.*

Decided April 3, 2001.

Before HAWKINS, McKEOWN, and WARDLAW, Circuit Judges.

MEMORANDUM **

Myesheia Simpson appeals from her conviction and sentence, pursuant to a

---

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-

cation and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

guilty plea, for conspiracy and possession of controlled substances with intent to distribute. Simpson's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw on the ground that the appeal does not have merit. Simpson has not filed a pro se supplemental brief. Having conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues.

Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.